IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-321-FDW-DCK

| HOLLIE ROUGEAUX-LUNA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ALLY FINANCIAL, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) filed by Philip J. Gibbons, Jr., concerning James B. Zouras on August 1, 2018. Mr. James B. Zouras seeks to appear as counsel *pro hac vice* for Plaintiff(s). Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) is **GRANTED.** Mr. James B. Zouras is hereby admitted *pro hac vice* to represent Plaintiff(s).

**SO ORDERED**.

Signed: August 1, 2018

David C. Keesler
United States Magistrate Judge