# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-321-FDW-DCK

| | |
|---|---|
| HOLLIE ROUGEAUX-LUNA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ALLY FINANCIAL, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) filed by Ann H. Smith, concerning David R. Golder on August 2, 2018. Mr. David R. Golder seeks to appear as counsel *pro hac vice* for Defendant Ally Financial, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) is **GRANTED.** Mr. David R. Golder is hereby admitted *pro hac vice* to represent Defendant Ally Financial, Inc.

**SO ORDERED**.

Signed: August 2, 2018

David C. Keesler
United States Magistrate Judge