# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

HOLLIE ROUGEAUX-LUNA,
on behalf of herself and all others similarly
situated,

           Plaintiff,

        v.

ALLY FINANCIAL, INC.,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:18-cv-00321-FDW-DCK

## [PROPOSED] ORDER APPROVING SETTLEMENT

UPON CONSIDERATION of the parties' Joint Motion for Approval of FLSA

Settlement, the Motion is GRANTED as follows:

(1) the parties' proposed FLSA Settlement Agreement is approved, including the release of claims, the payment to Plaintiff, and payment of attorneys' fees and costs as set forth therein;

(2) the action is dismissed in its entirety with prejudice; and

(3) this Court retains jurisdiction with respect to the interpretation, implementation, and enforcement of the terms of the FLSA Settlement Agreement and all orders and judgments entered in connection therewith.

IT IS SO ORDERED.

 

_____
The Honorable Frank D. Whitney
United States District Judge